**Marokh KAMKAR–PARSI, Plaintiff,**

**A. Masoud Gohari, Defendant–Appellant,**

v.

**Alan ROSS, Defendant–Appellee,**

and

**Early Retirement Account of Uptown Women's Clinic, Defendant.**

**No. 04–1887.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 7, 2004.

Decided: Oct. 13, 2004.

John G. Gill, Jr., Gill & Sippel, Rockville, Maryland, for Appellant.

Alan Ross, Appellee pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

A. Masoud Gohari appeals the district court's order denying his motion for attorney's fees. We have reviewed the record and find the court did not abuse its discretion in not granting the motion. Accordingly, we affirm for the reasons stated by the district court. *See Parsi v. Gohari,* No. CA–02–296–AW (D. Md. June 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*